[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 31, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-10762
Non-Argument Calendar

_____

D. C. Docket No. 03-00437-CR-1-JTC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEONARD SMITH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(May 31, 2007)**

Before WILSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Cynthia W. Roseberry, appointed counsel for Leonard Smith in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Smith's conviction and sentence are **AFFIRMED**.